```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05238
   TOMMY TARQUINIO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-2604


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/23/07 and confirmed on 07/17/07.

   2.   The case was dismissed after confirmation, 07/25/2008.

   3.   The Debtor paid a total of $   5175.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 1467.72 | .00 | .00 |
| PAYDAY LOAN STORE | SECURED VEHIC | 1598.95 | 17.39 | 1598.95 |
| BECKET & LEE LLP | UNSECURED | 9624.32 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 641.62 | .00 | .00 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 51009.02 | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10816.19 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2425.18 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3760.30 | .00 | .00 |
| FDS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5527.13 | .00 | .00 |
| UNITED MILEAGE PLUS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10877.59 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 4625.24 | 21.68 | 635.83 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ZALUTSKY & PINSKI | REIMBURSEMENT | 354.00 | .00 | 354.00 |
| BECKET & LEE LLP | UNSECURED | 5773.26 | .00 | .00 |
| B REAL LLC | UNSECURED | 596.07 | .00 | .00 |

         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED       7691.91      354.00    101050.68          .00    109096.59
PRINCIPAL PAID           2234.78      354.00         .00           .00      2588.78
INTEREST PAID              39.07         .00         .00           .00        39.07
TOTAL PAID               2273.85      354.00         .00           .00      2627.85
```
The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $    3000.00
and was paid $    2395.51 .

The Trustee received $     151.64 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE